

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-19-00031-CV

IN THE INTEREST OF A.R. AND L.R., CHILDREN

§ On Appeal from 231st District Court

§ of Tarrant County (231-522600-12)

§ April 11, 2019

§ Opinion by Justice Bassel

## JUDGMENT

This court has considered the record on appeal in this case and holds that the appeal should be dismissed. It is ordered that the appeal is dismissed for want of jurisdiction.

SECOND DISTRICT COURT OF APPEALS

By /s/ Dabney Bassel
Justice Dabney Bassel